UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| Angel Manuel Robles Lopez, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Carolyn W. Colvin, | ) | |
| *Acting Commissioner of Social Security,* | ) | 4:14-CV-104-BO |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 23] is GRANTED, defendant's motion for judgment on the pleadings [DE 27] is DENIED, and the decision of the ALJ is REVERSED. This matter is REMANDED to the Acting Commissioner for an award of benefits.

<u>**This judgment filed and entered on June 9, 2015, and served on:**</u>

Derrick Kyle Arrowood  (via CM/ECF Notice of Electronic Filing)
Jeannette M. Mandycz (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)


June 9, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk